IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA
Plaintiff(s),

v.

Juan Manuel Sanchez-Jara,
Defendant(s).

Case No. 15 CR 457
Judge Jorge L. Alonso

### ORDER

Evidentiary hearing held. Defendant's motion to suppress evidence obtained from use of a cell phone simulator [77] is denied. Motion hearing held. Defendant's renewed motion to compel [89] is withdraw as moot. Evidentiary hearing on Defendant's motion to suppress statements [47] and motion to quash arrest [50] previously set for 9/20/16 is stricken and reset to 9/29/16 at 1:00 p.m. Government's oral motion to exclude time is granted. In the interest of justice and for the reasons stated on the record, time is hereby excluded to 9/29/16 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). (X-T) & (X-E)

02:00 hrg  00:05 oah

Date: 9/14/2016

Jorge L. Alonso
United States District Judge